**NTN BEARING CORPORATION OF AMERICA, American NTN Bearing Manufacturing Corporation and NTN Corporation, Plaintiffs,**

v.

**UNITED STATES, United States Department of Commerce, and Ronald H. Brown, Secretary of Commerce, Defendants,**

**The Timken Company, Defendant–Intervenor.**

**Slip Op. 95–104.**
**Court Nos. 92–03–00168, 92–04–00257.**

United States Court of International Trade.

June 7, 1995.

Barnes, Richardson & Colburn, Robert E. Burke, Donald J. Unger and Jesse M. Gerson, Chicago, IL, for plaintiffs.

Frank W. Hunger, Asst. Atty. Gen., David M. Cohen, Director, Commercial Litigation Branch, Civ. Div., U.S. Dept. of Justice, Velta A. Melnbrencis, Washington, DC (Linda S. Chang and Joan L. MacKenzie, Attorney–Advisors, Office of the Chief Counsel for Import Admin., U.S. Dept. of Commerce, of counsel), for defendant.

Stewart and Stewart, Eugene L. Stewart, Terence P. Stewart, James R. Cannon, Jr., William A. Fennell, Julie Chasen Ross and Edith A. Eisner, Washington, DC, for defendant-intervenor.

## JUDGMENT

TSOUCALAS, Judge.

On December 29, 1994, this Court, in Slip Op. 94–200, remanded to the Department of Commerce, International Trade Administration ("Commerce"), the final results of its third administrative review of certain tapered roller bearings, finished and unfinished, and parts thereof ("TRBs") from Japan, produced by NTN Bearing Corporation, and distributed by its subsidiary, NTN Bearing Corporation of America (collectively, "NTN"). *NTN Bearing Corp. of America, American NTN Bearing Mfg. Corp. and NTN Corp. v. United States,* 18 CIT ——, 881 F.Supp. 584 (1994). These final results covered the period October 1, 1989 through September 30, 1990. Subsequently, on January 3, 1995, this Court issued Slip Op. 95–1, remanding to Commerce the amended determination for the same review. *NTN Bearing Corp. of America, American NTN Bearing Mfg. Corp. and NTN Corp. v. United States,* 19 CIT ——, 881 F.Supp. 595 (1995). Both orders directed Commerce (1) to impose a 10% limit upon the deviation factors in the five-criterion model-match methodology used in the final results for selecting the most similar home market TRB model; (2) to explain its reasons for not accepting NTN's compensating deposits; (3) to reconcile a discrepancy between the analysis memorandum and the computer programming language, and correct any potential error; and (4) to correct an acknowledged programming error.

On March 14, 1995, Commerce released draft remand results and invited the parties to comment on those results. None of the parties submitted comments regarding the draft remand results. On March 29, 1995, Commerce filed the final results with this Court. *Final Results of Redetermination Pursuant to Court Remand, NTN Bearing Corporation of America, American NTN Bearing Mfg. Corporation and NTN Corporation v. United States, Slip Op. 94–200 (December 29, 1994) and Slip Op. 95–1 (January 3, 1995).*

Commerce has complied with the instruction of this Court and this Court is satisfied with the explanations given by Commerce for their actions. The Court has considered all comments submitted by the parties and found their arguments to be without merit. Therefore, the final results of redetermination pursuant to this Court's remand are affirmed in all respects and these actions are dismissed.